**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   FRANZELLA PRODUCE, INC.,                    No. C 06-02600 CRB
12              Plaintiff,                       **ORDER**
13      v.
14   GUICHO'S PRODUCE, INC., ROBERTO
     GUICHO,
15
16              Defendants.
                                            /
17
18          Now pending before the Court is plaintiff's application to enter default and judgment
19   pursuant to Federal Rules of Civil Procedure 55(a) and (b).  The clerk of the Court may enter
20   default where appropriate under Rule 55(a), yet the clerk may only enter default judgment
21   when a sum certain is established by affidavit.  Fed. R. Civ. P. (55)(b)(1).  Plaintiff's
22   application neither requests that the clerk enter default judgment nor includes an affidavit
23   establishing damages to a sum certain.  Pursuant to Rule 55(b)(2), after the clerk enters
24   default, plaintiff must file a motion for default judgment to the Court and must include
25   proper proof of damages.
26          **IT IS SO ORDERED.**
27
28   Dated: June 14, 2006                        CHARLES  R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2600\order 1.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California