W:\CLIENT FILES\D TO F\FRANZELLA\GUICHO'S PROD\PLEADINGS\DISMISSAL 072506.DOC7/25/06

BARTLETT, LEADER-PICONE & YOUNG, LLP
ROBERT S. BARTLETT (State Bar No. 79752)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE:   (510) 444-2404
FACSIMILE:   (510) 444-1291

Attorneys for Plaintiff
FRANZELLA PRODUCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANZELLA PRODUCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GUICHO'S PRODUCE, INC.; ROBERTO GUICHO; <br><br> Defendants. | No. 3:06-CV 02600 CRB <br><br> **DISMISSAL OF MATTER** |

Plaintiff, FRANZELLA PRODUCE, INC., pursuant to a negotiated disposition with the defendants, and each of them, dismisses the above entitled action with prejudice.

Dated: July 26, 2006

BARTLETT, LEADER-PICONE & YOUNG, LLP

By_____
ROBERT S. BARTLETT
Attorneys for Plaintiff

*IT IS SO ORDERED*
Judge Charles R. Breyer

July 31, 2006

Dismissal of Matter

Case No. 3:06-CV 02600 CRB

-1-

## PROOF OF SERVICE BY MAIL

I, JEANNE M. BARTLETT, declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803, Oakland, CA 94612. On July 26, 2006, I served the following document(s) entitled:

### DISMISSAL OF MATTER

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Oakland, California addressed as follows:

**Guicho's Produce, Inc.**
1670 Las Plumas Avenue, #B
San Jose, CA 95133

**Roberto Guicho**
1670 Las Plumas Avenue, #B
San Jose, CA 95133

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on July 26, 2006.

*/s/ Jeanne M. Bartlett*
JEANNE M. BARTLETT

Dismissal of Matter                                         Case No. 3:06-CV 02600 CRB
-2-